DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL L. WILKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-541

[September 7, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 11-000740CF10A.

Robert David Malove of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See State v. Barnum*, 921 So. 2d 513 (Fla. 2005).

WARNER, GROSS and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***